IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

QUEEN DIAL,

    Plaintiff,

vs.                                         CASE NO. 2:11-cv-00374-PWG

NOLAND HEALTH SERVICES, INC.,

    Defendant.

## MEMORANDUM OPINION

The magistrate judge filed a report and recommendation on May 1, 2012 (doc. 17),[1] recommending that defendant's motion for summary judgment (doc. 12) be GRANTED. The parties were allowed an opportunity in which to file objections. No objections have been received from either party.

Having carefully reviewed and considered *de novo* all the materials in the court file, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**. Defendant Noland Health Services, Inc.'s motion for summary judgment (doc. 12) is due to be and hereby is **GRANTE**D and this case is due to be DISMISSED. A separate final judgment will be entered.

As to the foregoing it is **SO ORDERED** this the 10th day of September, 2012.

                                              /s/ Sharon Lovelace Blackburn
                                              SHARON LOVELACE BLACKBURN
                                              CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Reference to a document number, ["Doc. ___"], refers to the number assigned to each document as it is filed in the court's record.